IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
F I L E D
SEP 15 2005
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

-vs-                                  Civil Action No. 5:05-CV-403 (DNH/GJD)

**ONE 1999 CHEVROLET PICKUP TRUCK
and ONE 2000 VOLVO STATION WAGON,**

      **Defendants.**

## ORDER DIRECTING ENTRY OF AN UNCONTESTED JUDGMENT OF FORFEITURE

A summons and verified complaint for forfeiture having been filed with the Clerk of the United States District Court on April 1, 2005 seeking forfeiture of one 1999 Chevrolet pickup truck and one 2000 Volvo station wagon, and a Warrant of Arrest *In Rem* having been issued by the Clerk of the United States District Court, authorizing and directing the United States Marshals Service to arrest and detain the defendant property in its custody, thereby bringing the defendant property under the jurisdiction of this Court; and all known interested parties having been served by the United States Marshals Service with a copy of the Notice of Complaint for Forfeiture, Warrant of Arrest *In Rem*, Verified Complaint for Forfeiture, Plaintiff's First Set of Interrogatories, and Notice of <u>Lis</u> <u>Pendens</u>;   and

Notice of this forfeiture action and seizure having been published in the Syracuse Post-Standard, Syracuse, New York, on 4/21/05, 4/28/05 and 5/5/05, and this matter having come on this Court's calendar on July 8, 2005 on the return of the Warrant of Arrest *In Rem*; and no one having entered a written or verbal appearance or objection as a claimant; and

Amended Notice of this forfeiture action and seizure having been published in the Syracuse Post-Standard, Syracuse, New York, on 6/2/05, 6/9/05, and 6/16/05, and thirty days having passed since the last date of publication; and this matter having come on this Court's calendar on September 9, 2005 with respect to the Amended Notice of Complaint for Forfeiture; and no one having entered a written or verbal appearance or objection as a claimant, now, it is hereby

**ORDERED, ADJUDGED AND DECREED,** that all claims with regard to the defendant property are forever barred; and it is further

**ORDERED, ADJUDGED AND DECREED**, that all right, title and interest to the defendant property above-captioned be and the same hereby are forfeited to the United States of America, pursuant to Title 21, United States Code, Section 881(a)(6), and it is further

**ORDERED, ADJUDGED AND DECREED,** that the United States Marshal shall dispose of the property in accordance with law, and it is further

**ORDERED, ADJUDGED AND DECREED**, that the costs of this action be borne by the United States of America, and it is further

**ORDERED, ADJUDGED AND DECREED**, that the Clerk shall enter Judgment in accordance with this Order.

Dated: September 9, 2005
at Utica, New York.

HON. DAVID N. HURD
UNITED STATES DISTRICT JUDGE